# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| DARNELL WINSTON WALKER, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT L. WILKIE, SECRETARY OF VETERANS AFFAIRS, <br><br> Defendant. | CIVIL NO. 3:18-CV-00624-RJC-DSC |

## ORDER

THIS CAUSE is before the Court upon the Motion of the United States of America seeking to stay proceedings in this case.

Upon consideration of the Motion of the United States, for the reasons stated in its Motion and for good cause shown,

IT IS ORDERED that this case is STAYED pending further order of this Court.

**SO ORDERED**.

Signed: January 18, 2019

_____
David S. Cayer
United States Magistrate Judge